**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1.  Debtor's name**

**RAIDER OILFIELD SERVICES, LLC**

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.  Debtor's federal Employer Identification Number (EIN)**

4  6  –  3  5  5  5  8  3  1

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3332 FM Road 3113**<br>Number    Street | **P.O. BOX 53407**<br>Number    Street |
|  | P.O. Box |
| **Stanton**        TX    79782<br>City                State    ZIP Code | **MIDLAND**        TX    79706<br>City                State    ZIP Code |
| _____<br>County | **Location of principal assets, if different from principal place of business** |
|  | _____<br>Number    Street |
|  | _____ |
|  | _____<br>City                State    ZIP Code |

**5.  Debtor's website (URL)**

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **RAIDER OILFIELD SERVICES, LLC**                                    Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **RAIDER OILFIELD SERVICES, LLC** _____  Case number (if known) _____

| | | | |
|---|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br><br>　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br><br>　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY | | |

| | |
|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. |
| | ☑ No<br><br>☐ Yes.　Debtor _____  Relationship _____<br>　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____<br><br>　　　　Debtor _____  Relationship _____<br>　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

11. **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **RAIDER OILFIELD SERVICES, LLC**                                   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  RAIDER OILFIELD SERVICES, LLC                              Case number (if known) _____

| Part X: | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/17/2016
MM / DD / YYYY

X _____          **Jason Hopper**
Signature of authorized representative of debtor      Printed name

Title **Managing Member**

18. **Signature of attorney**

X _____          Date **06/17/2016**
Signature of Attorney for Debtor                        MM / DD / YYYY

**Wiley F. James, III**
Printed name

**James & Haugland P.C.**
Firm Name

**609 Montana Avenue**
Number     Street

**El Paso**                                         **TX**          **79902**
City                                                      State          ZIP Code

Contact phone **(915) 532-3911**          Email address **wjames@jghpc.com**

**10554300**
Bar number                                           State

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

RAIDER OILFIELD SERVICES, LLC,            §
                                          §   Case Number _____
          Debtor.                         §

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Jason Hopper, declare under penalty of perjury that I am the Managing Member of RAIDER OILFIELD SERVICES, LLC, (hereinafter referred to as the "Company"), and that on ___JUNE  17___, 2016, the following resolution was duly adopted for RAIDER OILFIELD SERVICES, LLC:

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, Midland Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, Jason Hopper, Managing Member of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, Jason Hopper, Managing Member of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that, Jason Hopper, Managing Member  of this Company, is authorized and directed to employ Wiley F.  James, III, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

**Executed** on this ___17TH___ day of June, 2016.

RAIDER OILFIELD SERVICES, LLC

Jason Hopper, Managing Member

Client Files\0012768\00101\00507494.WPD

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re  **RAIDER OILFIELD SERVICES, LLC**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept...................................................... | **$21,717.00** |
| Prior to the filing of this statement I have received......................................... | **$21,717.00** |
| Balance Due................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/17/2016
Date

Wiley F. James, III
James & Haugland P.C.
609 Montana Avenue
El Paso, TX 79902
Phone: (915) 532-3911 / Fax: (915) 541-6440

Bar No. 10554300

Jason Hopper
Managing Member

---

**Fill in this information to identify the case:**

Debtor Name **RAIDER OILFIELD SERVICES, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................    **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B...............................................    **$1,161,367.72**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................    **$1,161,367.72**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D...................    **$406,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................    **$99,106.15**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................    **+ $2,136,526.73**

4. **Total liabilities**
Lines 2 + 3a + 3b..............................................................................    **$2,641,632.88**

---

| Fill in this information to identify the case |
|---|
| Debtor name **RAIDER OILFIELD SERVICES, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                        _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Security Bank Checking Account** | **Checking account** | 3 4 2 3 | $16,000.00 |
|---|---|---|---|---|

4. **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $16,000.00 |

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor  **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____
_____
Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**  Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. | **West-Tex Telephone Deposit** | $600.00 |
|---|---|---|
| 7.2. | **Reliant Energy Deposit** | $800.00 |

**8.**  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

**9.**  Total of Part 2.
Add lines 7 through 8.  Copy the total to line 81.                    **$1,400.00**

## Part 3:  Accounts receivable

**10.**  Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**11.**  Accounts receivable

| 11a. | 90 days old or less: | **$27,471.77**<br>face amount | – | **$0.00**<br>doubtful or uncollectible accounts | = ··············· ➔ | **$27,471.77** |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | **$146,656.96**<br>face amount | – | **$96,733.68**<br>doubtful or uncollectible accounts | = ··············· ➔ | **$49,923.28** |

**12.**  Total of Part 3
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$77,395.05**

## Part 4:  Investments

**13.**  Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

**15.**  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                    % of ownership:

**16.**  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

**17.**  Total of Part 4
Add lines 14 through 16.  Copy the total to line 83.                    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.**  Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor    **RAIDER OILFIELD SERVICES, LLC**       Case number (if known) _____
    Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
|     **WIP** | | | | **Unknown** |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies | | | | |
|     **See Attached Appraisal (Ex. B)** | **05/02/2016** | | **Fair Market** | **$425,046.00** |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

                                          **$425,046.00**

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  Crops--either planted or harvested | | | |
| 29.  Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31.  Farm and fishing supplies, chemicals, and feed | | | |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

                                          **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Official Form 206A/B         **Schedule A/B: Assets -- Real and Personal Property**         page 3

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Four (4) Desks, Chairs Two (filing cabinets) See attached appraisal (See Ex. B)** | | **Fair Market** | **$1,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Lenovo laptop, Two (2) Dell CPUs and Four (4) monitors** | | | **$0.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$1,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1. Trailers, Vehicles See Attached Appraisal Ex. B** | | **Fair Market** | **$226,100.00** |

Debtor    **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____
       Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    Machiner & Equip. See Attached Appraisal  Ex. B _____ | **Fair Market** _____ | **$6,750.00**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    | **$232,850.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  | **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

Debtor  **RAIDER OILFIELD SERVICES, LLC**                     Case number (if known) _____
                Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                              **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                                       Current value of
                                                                                       debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Debtor's Receivables owed to it by Security Business - Factoring Agreement**                $407,676.67

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                          **$407,676.67**

Debtor    **RAIDER OILFIELD SERVICES, LLC**                              Case number (if known) _____
          Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $77,395.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $425,046.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $232,850.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $407,676.67 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $1,161,367.72 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................... $1,161,367.72



# APPRAISAL
# OF
# RAIDER OILFIELD SERVICES, LLC.
# FOR
# Mr. Jerrod Stallings, VP
# Security Bank

## MAY 13, 2016



EXHIBIT

" B "

Raider Oilfield Services, LLC.
May 13, 2016

Security Bank
Jerrod Stallings, VP
4100 Billy Hext Rd.
Odessa, TX 79765
432-333-9901
jstallings@mysbank.com

Dear Mr. Stallings,

Thank you for allowing Cannon Sales, Inc. the opportunity to present you with this appraisal. As requested, I have examined the inventory of Raider Oilfield Services, LLC. and have determined that the Fair Market Value for this equipment is approximately $658,896.00 and the Auction Value for this equipment is approximately $421,938.00. These values are gross amounts. I have not made allowances for attorney's fees, brokerage fees, commissions, advertising expenses, or any other expenses that might be associated with a sale.

A definition of the value concepts is included on the following page.

If you have any questions, please do not hesitate to contact me at 903-235-7805.


Sincerely,

**CANNON SALES, INC.**



**Ron Meissner**
**VP Sales**

## FAIR MARKET VALUE CONCEPT

Fair Market Value is defined as the price the equipment would sell for, assuming a willing buyer and seller have time to secure favorable financing with a one-year period of time to close.

## AUCTION VALUE CONCEPT

Auction Value is defined as the price equipment would sell for at a public auction, assuming 60-90 days is given to properly advertise and conduct the sale, with the sale being on an "As Is" basis, reflecting current market value.

Raider Oilfield Services, LLC.
May 13, 2016

## APPRAISAL SUMMARY
## OF
## Raider Oilfield Services, LLC.

|                          | FMV          | AV           |
|--------------------------|--------------|--------------|
| FURNITURE                | $1,000.00    | $600.00      |
| MACHINERY & EQUIPMENT    | $6,750.00    | $4,050.00    |
| TRAILERS                 | $39,100.00   | $26,760.00   |
| VEHICLES                 | $187,000.00  | $135,500.00  |
| PIPE                     | $425,046.00  | $255,028.00  |
| GRAND TOTAL:             | $658,896.00  | $421,938.00  |

Raider Oilfield Services, LLC.
May 13, 2016

| FURNITURE | FMV | AV |
|---|---|---|
| Desks, Chairs, File Cabinets | $1,000.00 | $600.00 |
| TOTAL | $1,000.00 | $600.00 |
| MACHINERY & EQUIPMENT | FMV | AV |
| Pit Bull Assembly- Poly Fusing Equipment | $2,250.00 | $1,350.00 |
| Pit Bull Assembly PB-14 Serial# C59630 | $2,250.00 | $1,350.00 |
| Pit Bull Assembly PB-14 Serial# C59950 | $2,250.00 | $1,350.00 |
| TOTAL | $6,750.00 | $4,050.00 |
| TRAILERS | FMV | AV |
| Poly Trailer, VIN: 4036(*) | $11,500.00 | $8,000.00 |
| Poly Trailer, VIN: 4049(**) | $11,500.00 | $8,000.00 |
| Poly Trailer, VIN: 4050(***) | $11,500.00 | $8,000.00 |
| Lamar, VIN 9090 | $1,800.00 | $1,080.00 |
| Shop Made-Layout Poly Pipe Trailer, VIN 3015 | $2,800.00 | $1,680.00 |
| TOTAL | $39,100.00 | $26,760.00 |
| VEHICLES | FMV | AV |
| 2015 DODGE RAM 3500 ST Crew Cab LWB, 4WD, VIN: 3C63RRGL2FG533681 | $33,000.00 | $25,000.00 |
| 2012 DODGE RAM 2500 ST Crew Cab SWD, 4WD, VIN: 3C6UD5DL4CG303846 | $19,000.00 | $14,500.00 |
| 2013 DODGE RAM 2500 LARAMIE Crew Cab SWD, VIN: 3C6UR5FL2DG517170 | $22,000.00 | $15,500.00 |
| 2015 RAM 3500 Crew Cab 4WD DRW, VIN: 3C7WRTCJ1FG580341 | $31,000.00 | $21,500.00 |
| 2013 RAM 3500 ST Crew Cab LWB 4WD, VIN: 3C63RRGL9DG585564 | $26,000.00 | $19,000.00 |

Raider Oilfield Services, LLC.
May 13, 2016

| | | |
|---|---|---|
| **2015 RAM 2500** ST Crew Cab LWB 4WD, VIN: 3C6UR5HJ3FG663706 | $28,000.00 | $20,000.00 |
| **2015 RAM** – Not Legible on Inventory- Not Available | $28,000.00 | $20,000.00 |
| **TOTAL** | **$187,000.00** | **$135,500.00** |

| PIPE | FMV | AV |
|---|---|---|
| 2" Galvanized – 2,625ft. @ .20/ft. | $525.00 | $315.00 |
| 3" Galvanized – 1,323ft. @ .30/ft. | $397.00 | $238.00 |
| 3" SDR 7 – 15,750ft. @ 2.00/ft. | $31,500.00 | $18,900.00 |
| 3" SDR 11 – 163,680ft. @ 1.60/ft. | $261,888.00 | $157,133.00 |
| 4" SDR 7 – 10,000ft. @ 3.20/ft. | $32,000.00 | $19,200.00 |
| 4" SDR 11 – 44,880ft. @ 2.20/ft. | $98,736.00 | $59,242.00 |
| **TOTAL** | **$425,046.00** | **$255,028.00** |

Raider Oilfield Services
A/R Aging Summary
As of June 16, 2016

| | | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|---|
| * | 3111 Water Corporation | 2,750.00 | | | | | $2,750.00 |
| * | 3G Construction | 4,221.75 | 7,921.74 | | | | $12,143.49 |
| | A/R Factoring - Clearing | | | | -11,165.61 | -121,252.95 | $ -132,418.56 |
| * | Boland Field Services LLC | 12,286.00 | | | | | $12,286.00 |
| * | Brandon Iden | | 292.28 | | | | $292.28 |
| | BreitBurn Energy Partners, L.P. | | | | | -1,206.98 | $ -1,206.98 |
| | CrownQuest Operating, LLC | 139,557.22 | 91,846.13 | 24,081.84 | | 119,902.81 | $375,388.00 |
| | Encana Oil and Gas | 974.25 | 105,846.87 | 217,865.23 | 9,431.80 | 69,571.69 | $403,689.84 |
| * | Energen Resources Corporation | | | | | 49,923.28 | $49,923.28 |
| | Parsley Energy Operations, LLC | | | | | 2,522.23 | $2,522.23 |
| | Prime Operating | 838.94 | 19,403.55 | 31,535.39 | -24,963.53 | 642.69 | $27,457.04 |
| * | STW Water | | | | | 96,733.68 | $96,733.68 |
| | TOTAL | $160,628.16 | $225,310.57 | $273,482.46 | $ -26,697.34 | $216,836.45 | $849,560.30 |

*  = Not Factored



EXHIBIT

B. 3.70-12

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RAIDER OILFIELD SERVICES, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Security Bank** | Describe debtor's property that is subject to a lien<br>**All Assets, Accts/Inv/Equip/Veh.** | **$406,000.00** | **$658,896.00** |

**Creditor's mailing address**
**600 N. Marienfeld, Ste. 200**
**Midland, TX 79**

Describe the lien
**Promissory Note**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Date debt was incurred | **Various** |
|---|---|

**Last 4 digits of account number**  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Loans Numbered:**
**2400**
**1284**
**1039**
**3755**
**4276**
**9123**
**7201**
**1020**
**0873**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$406,000.00**

| Fill in this information to identify the case: |
|---|

| Debtor | **RAIDER OILFIELD SERVICES, LLC** |
|---|---|

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

| Case number (if known) | |
|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No.  Go to Part 2.
    ☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,106.15** | **$0.00** |

**State Comptroller**

**4682 E. University Blvd. #200**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Odessa | TX | 79762 |
|---|---|---|

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number    9   7   5   6**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(    **8**    )

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Advantage Payroll**

2706 W. Cuthbert Ave #b100

☐ Contingent
☐ Unliquidated
☐ Disputed

| Midland | TX | 79701 |
|---|---|---|

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number   3   5   8   6

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,435.04 |
|---|---|---|---|

**AFCO**

P.O. Box 4795

☐ Contingent
☐ Unliquidated
☐ Disputed

| Carol Stream | IL | 60197 |
|---|---|---|

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number   8   9   1   1

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.41 |
|---|---|---|---|

**Aggrecko, LLC**

P.O. Box 972562

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75397-2562 |
|---|---|---|

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number   \_\_  \_\_  \_\_  \_\_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.42 |
|---|---|---|---|

**ALLY**

P.O. Box 9001951

☐ Contingent
☐ Unliquidated
☐ Disputed

| Louisville | KY | 40290 |
|---|---|---|

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number   8   6   4   0

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) _____ |
|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5**   Nonpriority creditor's name and mailing address

**Bank of Lake Mills**

**136 East Madison Street**

_____

**Lake Mills**                 **WI     53551**

Date or dates debt was incurred          **Unknown**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loans**

Is the claim subject to offset?
☑ No
☐ Yes

**$62,000.00**

---

**3.6**   Nonpriority creditor's name and mailing address

**Barco**

**P.O. Box 3100**

_____

**Hobbs**                 **NM     88241**

Date or dates debt was incurred          **Various**

Last 4 digits of account number      **I   D   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,800.00**

---

**3.7**   Nonpriority creditor's name and mailing address

**Beard Equipment**

**P.O. Box 80147**

_____

**Midland**                 **TX     79701**

Date or dates debt was incurred

Last 4 digits of account number      **2   1   5   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,949.07**

---

**3.8**   Nonpriority creditor's name and mailing address

**Benny Boyd**

**P.O. Box 1979**

_____

**Andrews**                 **TX     79714**

Date or dates debt was incurred

Last 4 digits of account number      **5   0   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,283.14**

---

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.9  Nonpriority creditor's name and mailing address

**Blake Fulenwider**
**110 N. Access Rd**

**Clyde                          TX      79510**

Date or dates debt was incurred

Last 4 digits of account number       5   0   9   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,915.90**

### 3.10  Nonpriority creditor's name and mailing address

**Blue Cross/Blue Shield**
**P.O. Box 731428**
**Dallas, TX 750373-1428**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,215.81**

### 3.11  Nonpriority creditor's name and mailing address

**Brawler**
**P.O. Box 60004**

**Midland                       TX      79711-0004**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$449,168.62**

### 3.12  Nonpriority creditor's name and mailing address

**Carrasco Welding**
**4351 W. Apple St.**

**Odessa                        TX      79766**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,885.00**

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,474.75 |
|---|---|---|---|

**Cintas**
**P.O. Box 650838**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX      75265**

Basis for the claim:
**Other**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    3  8  7  4

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.20 |
|---|---|---|---|

**CNA Insurance**
**P.O. Box 790094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Louis**                          **MO      63179**

Basis for the claim:
**Other**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,291.66 |
|---|---|---|---|

**Coastal Productions**
**610 E. Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Broussard**                          **LA      70518**

Basis for the claim:
**Other**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comptroller Public Account**
**P.O. Box 149348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                          **TX      78714-9348**

Basis for the claim:
**Taxes**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    9  7  5  6

☑ No
☐ Yes

---

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$473.00** |
|---|---|---|---|

**Concord**

**P.O. Box 3689, Dept. 257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

| Sugarland | TX | 77487 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   3  7  4  5

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,885.00** |
|---|---|---|---|

**Corrascos Welding**

**4351 W. Apple St.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

| Odessa | TX | 79766 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17,226.00** |
|---|---|---|---|

**CPR Hotshots**

**300 E. Longview**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

| Midland | TX | 79701 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   1  1  7  8

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,280.00** |
|---|---|---|---|

**D&L Smith Farms**

**P.O. Box 6565**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

| Lubbock | TX | 79493 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) _____ |
|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**    Nonpriority creditor's name and mailing address

**Dearborn National Life**

**36788 Eagle Way**

Chicago                          IL        60678-1367

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,655.00**

---

**3.22**    Nonpriority creditor's name and mailing address

**Diamond Tank Rentals**

**P.O. Box 4751**

Odessa                          TX        79760

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,190.00**

---

**3.23**    Nonpriority creditor's name and mailing address

**DLR Container Services**

**1300 E. Golf Course**

Midland                          TX        79701

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,875.00**

---

**3.24**    Nonpriority creditor's name and mailing address

**Eddy's Tire Services**

**P.O. Box 1747**

Midland                          TX        79702

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,050.00**

---

Debtor    **RAIDER OILFIELD SERVICES, LLC**                     Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14,404.61** |
|------|-------------------------------------------------|---------------------------------------------------|----------------|

**Franklin & Son**

**P.O. Box 1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Stanton**                        **TX      79782**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0   8   5   6

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$59,450.79** |
|------|-------------------------------------------------|---------------------------------------------------|----------------|

**Gajeski**

**6200 N. Houston Rosslyn Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Houston**                        **TX      77091**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7   0   6   4

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,563.83** |
|------|-------------------------------------------------|---------------------------------------------------|----------------|

**Geoforce**

**750 Canyon Dr. Suite 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Coppell**                        **TX      75019**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    1   0   2   2

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,082.50** |
|------|-------------------------------------------------|---------------------------------------------------|----------------|

**GSS**

**4809 Hazel Jones Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Bossier City**                   **LA      71111**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __   __   __   __

---

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) |
|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

Hertz

P.O. Box 650280

Dallas      TX    75265-0280

Date or dates debt was incurred

Last 4 digits of account number   8   1   5   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other**

Is the claim subject to offset?
☑ No
☐ Yes

$62,659.07

---

**3.30** Nonpriority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Office

P. O. Box 7346

Philadelphia      PA    19101-7346

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.31** Nonpriority creditor's name and mailing address

IRS Insolvency Office

300 E. 8th St., Mail Stop 5026AUS

Austin      TX    78701

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.32** Nonpriority creditor's name and mailing address

Jerry's Welding

5201 TX-349

Midland      TX    79706

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other**

Is the claim subject to offset?
☑ No
☐ Yes

$231.30

---

Debtor   **RAIDER OILFIELD SERVICES, LLC**                     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |
|---|---|---|---|

**Lonestar Trucking**

**P.O. Box 4174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Midland**                TX        79704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.81** |
|---|---|---|---|

**Lou's Clinical Lab**

**P.O. Box 394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Odessa**                TX        79760

Date or dates debt was incurred _____

Last 4 digits of account number  3  0  8  0

Is the claim subject to offset?
☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.91** |
|---|---|---|---|

**Martin County Hospital**

**600 E. I-20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Stanton**                TX        79782

Date or dates debt was incurred _____

Last 4 digits of account number  3  7  4  5

Is the claim subject to offset?
☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Matthew Blair**

**P.O. Box 10133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**Midland**                TX        79702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**McMillan Welding**

**110 N. Mareinfeld  - Suite 200**

**Midland**                **TX**    **79701**

Date or dates debt was incurred

Last 4 digits of account number   i   d   e   r

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$430.75

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Midland Carriers**

**P.O. Box 1225**

**Edmond**                **OK**    **73803**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$887.90

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Midland Winpump**

**2400 Commerce**

**Midland**                **TX**    **79703**

Date or dates debt was incurred

Last 4 digits of account number   1   1   1   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$73,411.95

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**Milford Pipe**

**7607 W. Industrial Ave.**

**Midland**                **TX**    **79706**

Date or dates debt was incurred

Last 4 digits of account number   2   8   8   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$158,174.65

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) _____ |
|---|---|---|

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.41** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,249.00** |
| **Mims & Smith** | ☐ Contingent | |
| **8144 Walnut Hill Ln. 16th Floor** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Dallas**            **TX**    **75231** | **Other** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.42** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,479.00** |
| **NAIC** | ☐ Contingent | |
| **1010 Manvel Ave.** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Chandler**            **OK**    **74834** | **Other** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.43** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,800.00** |
| **Quality Gate and Controls** | ☐ Contingent | |
| **P.O. Box 805** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Odessa**            **TX**    **79760** | **Other** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.44** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,746.19** |
| **Quarto** | ☐ Contingent | |
| **3220 Kermit Highway** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Odessa**            **TX**    **79764** | **Other** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

**Ranchland Hills**

**1600 E. Wadley Ave.**

**Midland**          **TX    79705**

Date or dates debt was incurred

Last 4 digits of account number    **0   6   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,118.49**

---

**3.46** Nonpriority creditor's name and mailing address

**Raven**

**P.O. Box 1450**

**Minneapolis**          **MN    55485-9348**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$37,800.70**

---

**3.47** Nonpriority creditor's name and mailing address

**Reliant Energy**

**P.O. Box 650475**

**Dallas**          **TX    75265**

Date or dates debt was incurred

Last 4 digits of account number    **6   7   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.48** Nonpriority creditor's name and mailing address

**Rexco**

**2910 W. Wall St.**

**Midland**          **TX    79701**

Date or dates debt was incurred

Last 4 digits of account number    **8   1   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,936.77**

---

Debtor    **RAIDER OILFIELD SERVICES, LLC**          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**  Nonpriority creditor's name and mailing address

**$83.70**

Rolltex,Inc.

P.O. Box 2615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Midland          TX    79702

Basis for the claim:
**Other**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address

**$7,110.00**

Ruben Jaquez Construction

1108 NCR 1110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Midland          TX    79706

Basis for the claim:
**Other**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address

**$1,173.17**

Stewart Hose

701 Riverside Dr.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Ft. Worth          TX    76111

Basis for the claim:
**Other**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**  Nonpriority creditor's name and mailing address

**$9,800.00**

Texas Mutual

P.O. Box 841843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas          TX    75284

Basis for the claim:
**Other**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.79 |
|---|---|---|---|

Check all that apply.

**Thigpen & Sons**

**P.O. Box 783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Stanton**        TX    79782

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $346,001.13 |
|---|---|---|---|

Check all that apply.

**Tiger**

**P.O. Box 790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont**        TX    77704

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,949.03 |
|---|---|---|---|

Check all that apply.

**Tiger Safety**

**P.O. Box 790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont**        TX    77701

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,600.00 |
|---|---|---|---|

Check all that apply.

**Tommy White**

**P.O. Box 1709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**        TX    79702

Basis for the claim:
**Other**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **RAIDER OILFIELD SERVICES, LLC**                                   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:      **$12,785.00**
*Check all that apply.*

**Tomorrows Services Today**          ☐ Contingent
**P.O. Box 1066**                     ☐ Unliquidated
                                      ☐ Disputed

                                      Basis for the claim:
**Stanton**              TX    79782   **Other**

Date or dates debt was incurred _____       Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                  ☐ Yes

---

**3.58**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:      **$19,932.50**
*Check all that apply.*

**Turbines Inc.**                     ☐ Contingent
**960 Meadow Ave.**                   ☐ Unliquidated
                                      ☐ Disputed

                                      Basis for the claim:
**Odessa**               TX    79761   **Other**

Date or dates debt was incurred _____       Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                  ☐ Yes

---

**3.59**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:      **$508,268.03**
*Check all that apply.*

**United Rentals**                    ☐ Contingent
**P.O. Box 840514**                   ☐ Unliquidated
                                      ☐ Disputed

                                      Basis for the claim:
**Dallas**               TX    75284   **Other**

Date or dates debt was incurred _____       Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                  ☐ Yes

---

**3.60**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**United States Attorney**            ☐ Contingent
**Civil Process Clerk - IRS**         ☐ Unliquidated
**601 N.W. Loop 410, Suite 600**      ☐ Disputed

                                      Basis for the claim:
**San Antonio**          TX    78216   **Notice Only**

Date or dates debt was incurred _____       Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                  ☐ Yes

---

Debtor   **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**  Nonpriority creditor's name and mailing address

**United States Attorney General**

**Department of Justice**

**950 Pennsylvania Ave. N.W.**

**Washington**             **DC**    **20530**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.62**  Nonpriority creditor's name and mailing address

**United States Trustee**

**P.O. Box 1539**

**San Antonio**             **TX**    **78295**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trustee**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.63**  Nonpriority creditor's name and mailing address

**Verizon**

**P.O. Box 660108**

**Dallas**             **TX**    **75266-0108**

Date or dates debt was incurred

Last 4 digits of account number    **0 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,706.14**

---

**3.64**  Nonpriority creditor's name and mailing address

**Weaver & Tidwell**

**2821 W. 7th, Suite 700**

**Ft. Worth**             **TX**    **76107**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,490.00**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 17

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**  Nonpriority creditor's name and mailing address

**West Tex Telephone**

**P.O. Box 280**

**Stanton**     TX     **79782**

Date or dates debt was incurred

Last 4 digits of account number     **9   3   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.66**  Nonpriority creditor's name and mailing address

**Will Womack**

**182 CR 409-I**

**Seminole**     TX     **79360**

Date or dates debt was incurred

Last 4 digits of account number     __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

---

**3.67**  Nonpriority creditor's name and mailing address

**Xenco**

**P.O. Box 2256**

**Stafford**     TX     **77497**

Date or dates debt was incurred

Last 4 digits of account number     __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$270.00**

Debtor    **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $99,106.15 |
| 5b.  **Total claims from Part 2** | 5b. + | $2,136,526.73 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,235,632.88 |

**Fill in this information to identify the case:**

Debtor name **RAIDER OILFIELD SERVICES, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 3007 NCR 1108, Midland, TX 79706 Contract to be REJECTED** | PB & AW Properties |
|---|---|---|---|
| | | | **10716 Hwy 191, Suite 2** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Midland**      **TX**     **79707** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease - Month-to-Month Contract to be ASSUMED** | **Robert Quaid** |
| | | | **205 Drive Pepper Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stanton**      **TX**     **79782** |

| Fill in this information to identify the case: |
|---|

| Debtor name | **RAIDER OILFIELD SERVICES, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1  Jason Hopper** | **3209 Fairfield Lane**<br>Number       Street<br><br>_____<br><br>**Midland          TX   79705**<br>City                      State   ZIP Code | **Security Bank** | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **RAIDER OILFIELD SERVICES, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)*
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☑ *Schedule H: Codebtors (Official Form 206H)*
- ☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)*
- ☐ *Amended Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/17/2016**
    MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Jason Hopper**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **RAIDER OILFIELD SERVICES, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2016** to | Filing date | | ☑ Operating a business<br>☐ Other _____ | **$2,200,000.00** |
| For prior year: | From **01/01/2015** to | **12/31/2015** | | ☑ Operating a business<br>☐ Other _____ | **$4,691,456.52** |
| For the year before that: | From **01/01/2014** to | **12/31/2014** | | ☑ Operating a business<br>☐ Other _____ | **$4,399,967.30** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **See attached Ex. Pt. 2, #3.1**<br>Creditor's name<br><br>Number    Street<br><br><br>City                    State    ZIP Code | **Various** | | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

---

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Security Bank**<br>Creditor's Name<br>**600 N. Marienfeld**<br>Number    Street | **Certificates of Deposit in the amount of $800,000.00 pledged by a third party and Certificate of Deposit pledged by the Debtor in the amount of $75,000.00** | **April 2016** | **$875,000.00** |
| **Midland**                **TX**    **79701**<br>City                          State    ZIP Code | Last 4 digits or account number: XXXX- **2   4   0   0** | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brawler Industries v. Raider Oilfield Services and Jason Hopper** | **Collection** | **385th District Court**<br>Name<br><br>Number    Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CV-52368** | | **Midland**        **TX**   **79701**<br>City            State   ZIP Code | |

Debtor     **RAIDER OILFIELD SERVICES, LLC**                              Case number (if known) _____
           Name

8.   **Assignments and receivership**

     List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

     ☑ None

**Part 4:     Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

     ☑ None

**Part 5:     Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

     ☑ None

**Part 6:     Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **James & Haugland P.C.** | | **06/07/2016** | **$21,717.00** |
| | Address | | | |
| | **609 Montana Avenue** <br> Number    Street | | | |
| | **El Paso**      **TX**    **79902** <br> City        State    ZIP Code | | | |
| | Email or website address <br> **wjames@jghpc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

     ☑ None

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

#### 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

#### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **2415 E. Hwy. 80** <br> Number    Street | From  September 201:  To November 2014 |
| | **Midland**                **TX** <br> City                        State    ZIP Code | |
|  | Address | Dates of occupancy |
| 14.2. | **3007 NCR 1108** <br> Number    Street | From  Novemrer 2014   To  **June 2016** |
| | **Midland**                **TX**    **79706** <br> City                        State    ZIP Code | |

## Part 8:  Health Care Bankruptcies

#### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

#### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor    **RAIDER OILFIELD SERVICES, LLC**                    Case number (if known) _____
          Name

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Security Bank**<br>Name<br>**600 N. Marionfeld**<br>Number  Street<br><br>**Midland**   **TX**  **79701**<br>City  State  ZIP Code | XXXX- **2  4  0  0** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **CDs** | **April 2016** | **$875,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **RAIDER OILFIELD SERVICES, LLC**                              Case number (if known) _____
          <sub>Name</sub>

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes. Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No
     ☐ Yes. Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes. Provide details below.

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ☑ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

           ☐ None

           Name and address                                          Dates of service

     26a.1.  **Weaver, CPA (Tracy Elms)**                      From _____2013_____  To _____2015_____
             <sub>Name</sub>
             **400 West Illinois**
             <sub>Street</sub>
             **Suite 1550**

             **Midland**                **TX**      **79701**
             <sub>City</sub>                      <sub>State</sub>    <sub>ZIP Code</sub>

---

Debtor   **RAIDER OILFIELD SERVICES, LLC**                      Case number (if known) _____
         <sub>Name</sub>

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  **Weaver, CPA  (Tracy Elms)**                      From  **2013**    To   **2015**
        <sub>Name</sub>
        **400 West Illinois**
        <sub>Street</sub>
        **Suite 1550**

        **Midland**              **TX**      **79701**
        <sub>City</sub>              <sub>State</sub>      <sub>ZIP Code</sub>

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Raider Oilfield Services**
        <sub>Name</sub>
        **3007 NCR 1108**
        <sub>Street</sub>

        **Midland**              **TX**      **79706**
        <sub>City</sub>              <sub>State</sub>      <sub>ZIP Code</sub>

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  **Security Bank**
        <sub>Name</sub>
        **600 N. Marionfeld**
        <sub>Street</sub>

        **Midland**              **TX**
        <sub>City</sub>              <sub>State</sub>      <sub>ZIP Code</sub>

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Cannon Appraisal/ D. Dollarhide** | **May 13, 2016** | |

Name and address of the person who has possession of inventory records

27.1.  **Raider Oilfield Services, LLC**
        <sub>Name</sub>
        **3007 NCR 1108**
        <sub>Street</sub>

        **Midland**              **TX**      **79706**
        <sub>City</sub>              <sub>State</sub>      <sub>ZIP Code</sub>

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Hopper | 3209 Fairfield Lane<br>Midland, TX 79705 | Managing Member / Sole Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Hopper | 3209 Fairfield Lane<br>Midland, TX 79705 | Managing Member / Sole Member | From 2014 To 2014 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jason Hopper**<br>Name<br>**3209 Fairfield Lane**<br>Street<br><br>**Midland        TX**<br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**Managing Member** | **Salary/Other Compensation - See 2014 Income Tax Statement attached to Statement of Debtor-in-Posession in Small Business Case** | **Various** | **See 2014 Tax Return** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Debtor | **RAIDER OILFIELD SERVICES, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|-|
| | Name | | |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/17/2016
MM / DD / YYYY

X _____          Printed name  **Jason Hopper**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

| Vendor | Date | Amount | Check # |
|---|---|---|---|
| Milford Pipe Supply | 26-Feb | 15,000.00 | 2402 |
| 7607 w. idustrial ave | 13-Mar | 15,000.00 | 2420 |
| Midland tx, 79706 | 29-Mar | 15,000.00 | 2441 |
|  | 12-Apr | 15,000.00 | 2457 |
|  |  |  |  |
| Brawler Industries | 4-Mar | 3,720.20 | #2408 |
| p.o. box 600004 Midland TX | 25-Mar | 57,627.30 | #2412 |
| 79711-004 | 29-Mar | 60,780.00 | cashiers check |
|  | 18-Mar | 76,683.44 | #2424 |
|  | 7-Mar | 9,065.00 | #2405 |
|  | 18-Mar | 7,513.01 | #2425 |
|  | 8-Apr | 840.00 | #2455 |
|  |  |  |  |
| Coastal Pump | 3-Apr | 10,000.00 | #2453 |
| 610 E.  Main St. |  |  |  |
| Brousard LA 70518 |  |  |  |
|  |  |  |  |
| Beard Equipment | 29-Feb | 5935.06 | #2403 |
| p.o. box 80147 | 24-Mar | 5275.63 | #2439 |
| Midland TX, 79703 |  |  |  |
|  |  |  |  |
| Midland Winn Pump | 15-Mar | 10,000.00 | #2419 |
| 2400 Commerce ST. | 29-Apr | 5,000.00 | #2461 |
| Midland TX79703 |  |  |  |
|  |  |  |  |
| PB&A Properties | 18-Mar | 8,156.00 | #2423 |
| 10716 Hwy 191 suite 2 | 13-Apr | 8,971.60 | #2456 |
| Midland TX 79707 |  |  |  |
|  |  |  |  |
| GSS Construction | 14-Mar | 17,500.00 | #2421 |
| 4809 Hazel Jones |  |  |  |
| Bossier City LA 71111 |  |  |  |
|  |  |  |  |
| Ricker Looney | 18-Mar | 4,500.00 | #2430 |
| 4411 Tanforan Ave | 11-May | 4,500.00 | #2465 |
| Midland tx 79707 |  |  |  |
|  |  |  |  |
| Blake Fulenwilder | 20-Mar | 4,401.69 | #2429 |
| 110 N. Access RD |  |  |  |
| Clyde TX 79510 |  |  |  |
|  |  |  |  |
| Weaver and Tidwell | 22-Mar | 6,914.50 | #2438 |
| 2821 West 7th St suite 700 |  |  |  |
| Fort Worth 76107 |  |  |  |
|  |  |  |  |
| Precision Frac | 12-May | 14,610 | #2467 |
| 407 Walker St |  |  |  |
| Midland TX 79701 |  |  |  |
|  |  |  |  |
| Raven Industries | 20-Mar | 1,677.00 | #2432 |
| p.o. box 1450 | 24-Mar | 7,128.75 | #2434 |
| Minneapolis MN 55485-9348 | 25-Mar | 1,991.62 | #2436 |
|  | 30-Mar | 1,516.80 | #2447 |
|  | 30-Mar | 205.00 | #2448 |
|  |  |  |  |
| Isco Industries | 2-Mar | 37,743.97 | #1244 |
|  | 2-Apr | 37,758.97 | #1245 |



EXHIBIT
SOFA
2 #3.1

| Fill in this information to identify the case: |
| --- |

| Debtor name | **RAIDER OILFIELD SERVICES, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | United Rentals P.O. Box 840514 Dallas, TX 75284 | | Other | | | | $508,268.03 |
| 2 | Brawler P.O. Box 60004 Midland, TX 79711-0004 | | Other | | | | $449,168.62 |
| 3 | Tiger P.O. Box 790 Beaumont, TX 77704 | | Other | | | | $346,001.13 |
| 4 | Milford Pipe 7607 W. Industrial Ave. Midland, TX 79706 | | Other | | | | $158,174.65 |
| 5 | State Comptroller 4682 E. University Blvd. #200 Odessa, TX 79762 | | Taxes | | | | $99,106.15 |

Debtor  **RAIDER OILFIELD SERVICES, LLC**  Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Midland Winpump<br>2400 Commerce<br>Midland, TX 79703 | | Other | | | | $73,411.95 |
| 7 Hertz<br>P.O. Box 650280<br>Dallas, Texas 75265-0280 | | Other | | | | $62,659.07 |
| 8 Bank of Lake Mills<br>136 East Madison Street<br>Lake Mills, Wisconsin 53551 | | Loans | | | | $62,000.00 |
| 9 Gajeski<br>6200 N. Houston Rosslyn Rd.<br>Houston, TX 77091 | | Other | | | | $59,450.79 |
| 10 Coastal Productions<br>610 E. Main Street<br>Broussard, LA 70518 | | Other | | | | $56,291.66 |
| 11 Advantage Payroll<br>2706 W. Cuthbert Ave #b100<br>Midland, TX 79701 | | Other | | | | $50,000.00 |
| 12 Raven<br>P.O. Box 1450<br>Minneapolis, MN 55485-9348 | | Other | | | | $37,800.70 |

Debtor   **RAIDER OILFIELD SERVICES, LLC**   Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Turbines Inc. 960 Meadow Ave. Odessa, TX 79761 | | Other | | | | $19,932.50 |
| 14  Quarto 3220 Kermit Highway Odessa, TX 79764 | | Other | | | | $19,746.19 |
| 15  Quality Gate and Controls P.O. Box 805 Odessa, TX 79760 | | Other | | | | $18,800.00 |
| 16  CPR Hotshots 300 E. Longview Midland, TX 79701 | | Other | | | | $17,226.00 |
| 17  Diamond Tank Rentals P.O. Box 4751 Odessa, TX 79760 | | Other | | | | $15,190.00 |
| 18  Franklin & Son P.O. Box 1249 Stanton, TX 79782 | | Other | | | | $14,404.61 |
| 19  Weaver & Tidwell 2821 W. 7th, Suite 700 Ft. Worth, TX 76107 | | Other | | | | $13,490.00 |

Debtor   **RAIDER OILFIELD SERVICES, LLC**                     Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 Tomorrows Services Today P.O. Box 1066 Stanton, TX 79782 | | Other | | | | $12,785.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE;   **RAIDER OILFIELD SERVICES, LLC**                                    CASE NO

                                                                                          CHAPTER    11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/17/2016 _____          Signature _____
                                                                              Jason Hopper
                                                                              Managing Member

Date _____                            Signature _____

Advantage Payroll
 2706 W. Cuthbert Ave #b100
Midland, TX 79701


AFCO
P.O. Box 4795
Carol Stream, IL 60197


Aggrecko, LLC
P.O. Box 972562
Dallas, TX 75397-2562


ALLY
P.O. Box 9001951
Louisville, KY 40290


Bank of Lake Mills
136 East Madison Street
Lake Mills, Wisconsin 53551


Barco
P.O. Box 3100
Hobbs, NM 88241


Beard Equipment
P.O. Box 80147
Midland, TX 79701


Benny Boyd
P.O. Box 1979
Andrews, TX 79714


Blake Fulenwider
110 N. Access Rd
Clyde, TX 79510

Blue Cross/Blue Shield
P.O. Box 731428
Dallas, TX 750373-1428


Brawler
P.O. Box 60004
Midland, TX 79711-0004


Carrasco Welding
4351 W. Apple St.
Odessa, TX 79766


Cintas
P.O. Box 650838
Dallas, TX 75265


CNA Insurance
P.O. Box 790094
St. Louis, MO 63179


Coastal Productions
610 E. Main Street
Broussard, LA 70518


Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348


Concord
P.O. Box 3689, Dept. 257
Sugarland, TX 77487


Corrascos Welding
4351 W. Apple St.
Odessa, TX 79766

CPR Hotshots
300 E. Longview
Midland, TX 79701


D&L Smith Farms
P.O. Box 6565
Lubbock, TX 79493


Dearborn National Life
36788 Eagle Way
Chicago, IL 60678-1367


Diamond Tank Rentals
P.O. Box 4751
Odessa, TX 79760


DLR Container Services
1300 E. Golf Course
Midland, TX 79701


Eddy's Tire Services
P.O. Box 1747
Midland, TX 79702


Franklin & Son
P.O. Box 1249
Stanton, TX 79782


Gajeski
6200 N. Houston Rosslyn Rd.
Houston, TX 77091


Geoforce
750 Canyon Dr. Suite 140
Coppell, TX 75019

GSS
4809 Hazel Jones Rd.
Bossier City, LA 71111


Hertz
P.O. Box 650280
Dallas, Texas 75265-0280


Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA  19101-7346

IRS Insolvency Office
300 E. 8th St., Mail Stop 5026AUS
Austin, TX 78701


Jason Hopper
3209 Fairfield Lane
Midland, Texas 79705


Jerry's Welding
5201 TX-349
Midland, TX 79706


Lonestar Trucking
P.O. Box 4174
Midland, TX 79704


Lou's Clinical Lab
P.O. Box 394
Odessa, TX 79760


Martin County Hospital
600 E. I-20
Stanton, TX 79782

Matthew Blair
P.O. Box 10133
Midland, TX 79702


McMillan Welding
110 N. Mareinfeld  - Suite 200
Midland, TX 79701


Midland Carriers
P.O. Box 1225
Edmond, OK 73803


Midland Winpump
2400 Commerce
Midland, TX 79703


Milford Pipe
7607 W. Industrial Ave.
Midland, TX 79706


Mims & Smith
8144 Walnut Hill Ln. 16th Floor
Dallas, TX 75231


NAIC
1010 Manvel Ave.
Chandler, OK 74834


PB & AW Properties
10716 Hwy 191, Suite 2
Midland, TX 79707


Quality Gate and Controls
P.O. Box 805
Odessa, TX 79760

Quarto
3220 Kermit Highway
Odessa, TX 79764


Ranchland Hills
1600 E. Wadley Ave.
Midland, TX 79705


Raven
P.O. Box 1450
Minneapolis, MN 55485-9348


Reliant Energy
P.O. Box 650475
Dallas, TX 75265


Rexco
2910 W. Wall St.
Midland, TX 79701


Robert Quaid
205 Drive Pepper Rd.
Stanton, TX 79782


Rolltex,Inc.
P.O. Box 2615
Midland, TX 79702


Ruben Jaquez Construction
1108 NCR 1110
Midland, TX 79706


Security Bank
600 N. Marienfeld, Ste. 200
Midland, TX 79

State Comptroller
4682 E. University Blvd. #200
Odessa, TX 79762


Stewart Hose
701 Riverside Dr.
Ft. Worth, TX 76111


Texas Mutual
P.O. Box 841843
Dallas, TX 75284


Thigpen & Sons
P.O. Box 783
Stanton, TX 79782


Tiger
P.O. Box 790
Beaumont, TX 77704


Tiger Safety
P.O. Box 790
Beaumont, TX 77701


Tommy White
P.O. Box 1709
Midland, TX 79702


Tomorrows Services Today
P.O. Box 1066
Stanton, TX 79782


Turbines Inc.
960 Meadow Ave.
Odessa, TX 79761

United Rentals
P.O. Box 840514
Dallas, TX 75284


United States Attorney
Civil Process Clerk - IRS
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

United States Trustee
P.O. Box 1539
San Antonio, TX 78295


Verizon
P.O. Box 660108
Dallas, TX 75266-0108


Weaver & Tidwell
2821 W. 7th, Suite 700
Ft. Worth, TX 76107


West Tex Telephone
P.O. Box 280
Stanton, TX 79782


Will Womack
182 CR 409-I
Seminole, TX 79360


Xenco
P.O. Box 2256
Stafford, TX 77497